JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | 5:21-cv-01203-ODW (SHKx) | Date | October 14, 2021 |
|---|---|---|---|
| Title | *Lance Hall v. Circle K Stores, Inc. et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

In light of Plaintiff's Response to the Court's Order to Show Cause, in which Plaintiff reactively (not proactively) informed the Court of the settlement of this matter, the Court ordered the parties to file a dismissal that complies with Federal Rule of Civil Procedure 41 and set a deadline of October 13, 2021. (ECF No. 17); *see* C.D. Cal. L.R. 16-15.7 (requiring counsel to proactively and immediately report settlements to the court). The Court noted that "[f]ailure to timely comply with this order shall result in the dismissal of this action." Having received no response from Plaintiff to the Court's Order, the Court hereby **DISMISSES** the entire action, including all individual and class claims asserted therein. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

                                                                                                : 00

Initials of Preparer    SE